**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000108
20-NOV-2025
08:27 AM
Dkt. 54 ODSD**

NO. CAAP-25-0000108

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JESSE G. RODRIGUEZ, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTI-24-001835)

ORDER DISMISSING APPEAL
(By:  Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1)  Self-represented Defendant-Appellant Jesse G. Rodriguez (**Rodriguez**) filed the notice of appeal on February 26, 2025.

(2)  The court's November 7, 2025 order denied Rodriguez's motion for leave to proceed on appeal *in forma pauperis* and stated that within 10 days, Rodriguez "shall pay the filing fees in the full amount to the Supreme Court Clerk's Office[,]" and "[f]ailure to pay the filing fees may result in the appeal being dismissed."  The court denied Rodriguez's motion for reconsideration of the November 7, 2025 order.

(3)  Rodriguez has not complied with the November 7, 2025 order, the time for compliance has expired, and Rodriguez has not paid the appellate filing fees.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  See Hawai'i Rules of Appellate Procedure Rule 24(c) ("Failure of the unsuccessful movant to pay the unpaid filing

fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, November 20, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge